LODGED
CLERK, U.S. DISTRICT COURT
01/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT

for the

CENTRAL District of CALIFORNIA

3740 TWELFTH ST. RIVERSIDE CA 92501- 3801 CENTRAL Division

PEDRO N. IBANEZ

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

MITSUBISHI POWER AMERICAS, INC
MR. PAUL BROWNING, CEO

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:21-cv-00067
*(to be filled in by the Clerk's Office)*

DEMAND FOR JURY TRIAL

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PEDRO N IBANEZ |
| Street Address | 29915 MIRA LOMA DR. #29 |
| City and County | TEMECULA CA, RIVERSIDE CO |
| State and Zip Code | CALIFORNIA 92592 |
| Telephone Number | 9514520475 |
| E-mail Address | ADMRPETER@YAHOO.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MITSUBISHI POWER AMERICAS INC |
| Job or Title *(if known)* | |
| Street Address | 400 COLONIAL CENTER PRKWAY |
| City and County | LAKE MARY |
| State and Zip Code | FLORIDA 32746 |
| Telephone Number | 4076886100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | MR. PAUL BROWNING |
| Job or Title *(if known)* | CEO, MITSUBISHI POWER AMERICAS INC |
| Street Address | 400 COLONIAL CENTER PRKWY |
| City and County | LAKE MARY |
| State and Zip Code | FLORIDA 32746 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* ____________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

35 USC 261 OWNERSHIP OF US PATENT AND PATENT APPLICATION ASSIGNMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* PEDRO N IBANEZ, is a citizen of the State of *(name)* CALIFORNIA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* MR. PAUL BROWNING, is a citizen of

the State of *(name)* FLORIDA . Or is a citizen of *(foreign nation)* ______ .

b. If the defendant is a corporation

The defendant, *(name)* MITSUBISHI POWER AMERICAS , is incorporated under the laws of the State of *(name)* DELAWARE , and has its principal place of business in the State of *(name)* FLORIDA .
Or is incorporated under the laws of *(foreign nation)* ______ ,
and has its principal place of business in *(name)* ______ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

US$5MILLION, PLUS FIVE PERCENT OF QUARTERLY NET REVENUES PAID QUARTRLI

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

NOT EXACT BUT POSSIBLY STATES OF CALIFORNIA AND UTAH, TWO OF THE STATES WHERE DEFENDANTS OPERATE THEIR BUSINES

B. What date and approximate time did the events giving rise to your claim(s) occur?

ON OR ABOUT SEPTEMBER 3, 2020, DEFENDANT BROWNING MADE AN ANNOUNCEMENT ON TTNEWS.COM SEE EXHIBITS 1, 2 AND 3

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IN A PERSONAL INTERVIEW WITH NEWSCASTER ON OR ABOUT September 3, 2020, MR. PAUL BROWNING STATED THAT DEFENDANT MITSUBISHI POWER AMERICAS INC, HAS "INVESTED U$BILLION TO PRODUCE AND STORE HYDROGEN GAS AND USE HYDROGEN TO REPLACE NATURAL GAS. THIS ACTION IMITATES THE PLAINTIFF'S CLAIMS IN HIS US PATENT APPLCATION #16,910,001 (FILED OCTOBER 10, 2019) TITLED "CONTINUATION OF USPATENT APPLICATION 16/598,965 CONVERT WATER (SALTWATER) TO COMMERCIAL ELECTRICITY USING ELECTROLISYS AND STEAM BOILER. SEE EXHIBITS 1,2,3 AND 4.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

SEE EXHIBIT 5

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. CEASE AND DESIST ALL ACTIVITIES AND OPERATIONS THAT IMITATE PLAINTIFF CLAIMS ON HIS US PATENT #16/910,001 EXHIBIT 4.
OR 2. DEFENDANTS MUST MAKE CONTRACT WITH PLAINTIFF TO RECEIVE ASSIGNMENT OF PLAINTIFF US PATENT APPLICATION #16/910,001 AND PAY PLAINTIFF US$5MILLION PLUS QUARTERLY FIVE PERCENT OF DEFENDANT QUARTER REVENUES FROM ITS OWN AND AFFILIATES, PAID QUARTERLY, OR
3. DEFENDANTS DEPOSIT INTO ESCROW ACCOUNT SUPERVISED BY COURT, US$5MILLION PLUS QUARTERLY FIVE PERCENT OF NET REVENUES FROM ITS OPERATIONS AND ALL AFFILIATES, PAID QUARTERLY

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/02/2021

Signature of Plaintiff

Printed Name of Plaintiff PEDRO N. IBANEZ

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Mail 2:42 PM Fri Jan 1 82%

AA ttnews.com

Rep.-Ele Supreme Co... Mixi Media... www.judicial... Mask Manda... complaint_a... $3 Billion Pl... www.uscour...

Mitsubishi Power Americas CEO Paul Browning said.

Green hydrogen — produced by stripping the gas from water using electrolyzers powered by wind and solar — is seen as key to eliminating carbon emissions from the industrial sector that now relies on natural gas as both a fuel source and a feedstock.

Why Mitsubishi Is Planning Hydrogen-Ready Power Plants
Bloomberg
MITSUBISHI PLANS HYDROGEN-READY POWER PLANTS

EXHIBIT 1

Other electric generators also are exploring integrating green hydrogen into their power production in an effort to slash emissions as more states set renewable-energy mandates. Utility NextEra Energy Inc. in July announced it will run one of its Florida power plants, in part, on hydrogen, using solar power to strip the gas from water.

"There is clearly an opportunity five to 10 years from now to displace the last 10% of the carbon emissions out of the electric sector by manufacturing hydrogen with renewables," Jim Robo, NextEra's CEO,

Subscribe | Gift a Subscription

*Hot Topics*

**Daimler Trucks North America**

**railroads** **PTC** **stimulus**

**Coronavirus**

Reimagine
driver
training
carriers EDGE

Tweets by @TransportTopics

Transport Topics

Mitsubishi Power Americas CEO Paul Browning said.

Green hydrogen — produced by stripping the gas from water using electrolyzers powered by wind and solar — is seen as key to eliminating carbon emissions from the industrial sector that now relies on natural gas as both a fuel source and a feedstock.

EXHIBIT 2

Other electric generators also are exploring integrating green hydrogen into their power production in an effort to slash emissions as more states set renewable-energy mandates. Utility NextEra Energy Inc. in July announced it will run one of its Florida power plants, in part, on hydrogen, using solar power to strip the gas from water.

"There is clearly an opportunity five to 10 years from now to displace the last 10% of the carbon emissions out of the electric sector by manufacturing hydrogen with renewables," Jim Robo, NextEra's CEO,

Subscribe Gift a Subscription

Hot Topics

Daimler Trucks North America

railroads PTC stimulus

Coronavirus

Tweets by @TransportTopics

Transport Topics

@NHTSA identified five recalls that involved about 500,000 trucks that were included in the review. By



Mail 2:41 PM Fri Jan 1 ttnews.com 82%

EXHIBIT 3

Other electric generators also are exploring integrating green hydrogen into their power production in an effort to slash emissions as more states set renewable-energy mandates. Utility NextEra Energy Inc. in July announced it will run one of its Florida power plants, in part, on hydrogen, using solar power to strip the gas from water.

"There is clearly an opportunity five to 10 years from now to displace the last 10% of the carbon emissions out of the electric sector by manufacturing hydrogen with renewables," Jim Robo, NextEra's CEO, said during an earnings call in July.

Mitsubishi earlier this year announced its first hydrogen storage and power project for $1.9 billion in Utah to serve the Los Angeles Department of Water and Power, and has created a standard power plant design that is being used in the new U.S. projects. While the L.A. project is being built for a municipal utility, the others will serve competitive power markets in the Midwest and East Coast, including PJM Interconnection, which operates the country's largest power market, and the New York Independent System Operator.

Natural gas and propane join electric power as alternatives to diesel. Host Seth Clevenger talks with Chad Lindholm of Clean Energy and Stuart Weidie of Alliance Autogas. Hear a snippet, above, and get the full program by going to RoadSigns.TTNews.com.

The first will be Danskammer's 600-megawatt plant in Newburgh, N.Y. Danskammer CEO William Reid said in a statement the project would help the state meet its climate goals. The Balico plant in Virginia will generate 1,600 megawatts while EmberClear's Ohio facility will have a capacity of 1,084 megawatts. EmberClear is in the early stages of

Tweets by @TransportTopics

Transport Topics

@NHTSA identified five recalls that involved about 500,000 trucks that were included in the review. By @JerryHirsch ttnews.com/articles/nhtsa

NHTSA Fines Daimler $10 Million Over Data...

Daimler Trucks North America will pay a $10...

ttnews.com

Dec 31, 2020

Transport Topics

U.S. railroads have completed installation of an automated crash-prevention system that covers more than 57,000 miles of freight and passenger tracks ttnews.com/articles/rail

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY DOCKET NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 16/910,001 | 08/13/2020 | | 75 | | 1 | 1 |

CONFIRMATION NO. 6129

FILING RECEIPT

165760
Pedro N. Ibanez
29915 Mira Loma Dr. #29
Temecula, CA 92592

Date Mailed: 08/20/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Pedro Norito Ibanez, Temecula, CA;

**Applicant(s)**

Pedro Norito Ibanez, Temecula, CA

**Power of Attorney:** The patent practitioners associated with Customer Number 000165760

**Domestic Priority data as claimed by applicant**

This application is a CON of 16/598,965 10/10/2019 ABN

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.78.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/20/2020

EXHIBIT 4-1

APPLICATION FOR US PATENT #16/910,001 continued from #16/598,965

Inventor PEDRO NORUTO IBANEZ  Original Filing Date October 10, 2019

TITLE OF INVENTION: Continuation of Application #16/598,965. CONVERT OCEANWATER TO COMMERCIAL ELECTRICITY Using Electrolysis and Boiler Steam

WHAT IS CLAIMED

CLAIM NUMBER ONE:

USING THE METHODS, COMBINATIONS AND / OR CONFIGURATION OF THE PROCESS OF ELECTROLYSIS, HYDROGEN AND OXYGEN ARE BOTH EXTRACTED FROM WATER (OCEANWATER AND RIVERWATER). Basically the hydrogen and oxygen gases bubble out of the electrolysis (HHO Generator, hydrogen oxygen device) and stored in tanks.

The harvested hydrogen and oxygen are burned to boil water in a steam engine. A steam engine is water boiled to high pressure forcing steam to escape and turn a set of turbine blades, or similar device that will rotate a Dynamo.

This Dynamo is basically wires of copper wound around a piece of magnetic metal and this creates a magnetic field. This magnetic field is allowed to rotate and when it rotates the magnetic field is cut or disturbed thereby creating electricity. Large Dynamos create commercial electricity that light our homes and offices.

INPUT TO THE HHO GENERATOR ELECTROLYSIS DEVICE COMES FROM THE DYNAMO, BUT ALSO MAY COME FROM A STAND ALONE 5K watt portable gasoline generator. 5K WATTS is sufficient input to as many as four HHO generator that outputs 150 liters per hour of Hydrogen.

CLAIM NUMBER TWO:

USING ANY METHODS, COMBINATIONS AND OR CONFIGURATIONS OF EXTRACTING HYDROGEN AND OXYGEN FROM WATER, BURNING THIS HYDROGEN AND OXYGEN TO BOIL A STEAM ENGINE, USING THIS STEAM ENGINE TO ROTATE A SET OF TURBINE BLADES, OR SIMILAR DEVICE TO ROTATE A LARGE DYNAMO TO PRODUCE COMMERCIAL ELECTRICITY USED TO LIGHT HOMES AND OFFICES.

WHAT IS NOT CLAIMED

ELECTROLYSIS, STEAM ENGINE, TURBINE BLADES, ELECTRICAL DYNAMO ARE ALL PUBLIC DOMAIN UNIVERSAL PATENTS AND ARE THEREFORE NO LUNGER OWNED BY ANYONE.

STATEMENT BY INVENTOR: THIS INVENTOR OBJECTS TO THE CONCEPT OF USING THE OPINION OF ANY MECHANIC TO DETERMINE THE "OBVIOUSNESS " of a mechanical concept. Inventor himself is a retired electromechanic from the US military. You give any good mechanic enough clues and he will say something is obvious. The True measure of OBVIOUSNESS should be AMPLE LITERATURE available at time of SEARCH showing the EXACT Invention concept, describing the EXACT CONCEPT.

EXHIBIT 4-2

APPLICATION FOR US PATENT #16/910,001 continued from #16/598,965

Inventor PEDRO N ORLITO IBANEZ Original Filing Date October 10, 2019

TITLE OF INVENTION: Continuation of Application #16/598,965. CONVERT OCEANWATER TO COMMERCIAL ELECTRICITY Using Electrolysis and Boiler Steam

WHAT IS CLAIMED

CLAIM NUMBER ONE:

USING THE METHODS, COMBINATIONS AND / OR CONFIGURATION OF THE PROCESS OF ELECTROLYSIS, HYDROGEN AND OXYGEN ARE BOTH EXTRACTED FROM WATER (OCEANWATER AND RIVERWATER). Basically the hydrogen and oxygen gases bubble out of the electrolysis (HHO Generator, hydrogen oxygen device) and stored in tanks.

The harvested hydrogen and oxygen are burned to boil water in a steam engine. A steam engine is water boiled to high pressure forcing steam to escape and turn a set of turbine blades, or similar device that will rotate a Dynamo.

This Dynamo is basically wires of copper wound around a piece of magnetic metal and this creates a magnetic field. This magnetic field is allowed to rotate and when it rotates the magnetic field is cut or disturbed thereby creating electricity. Large Dynamos create commercial electricity that light our homes and offices.

INPUT TO THE HHO GENERATOR ELECTROLYSIS DEVICE COMES FROM THE DYNAMO, BUT ALSO MAY COME FROM A STAND ALONE 5K watt portable gasoline generator. 5K WATTS is sufficient input to as many as four HHO generator that outputs 150 liters per hour of Hydrogen.

CLAIM NUMBER TWO:

USING ANY METHODS, COMBINATIONS AND OR CONFIGURATIONS OF EXTRACTING HYDROGEN AND OXYGEN FROM WATER, BURNING THIS HYDROGEN AND OXYGEN TO BOIL A STEAM ENGINE, USING THIS STEAM ENGINE TO ROTATE A SET OF TURBINE BLADES, OR SIMILAR DEVICE TO ROTATE A LARGE DYNAMO TO PRODUCE COMMERCIAL ELECTRICITY USED TO LIGHT HOMES AND OFFICES.

WHAT IS NOT CLAIMED

ELECTROLYSIS, STEAM ENGINE, TURBINE BLADES, ELECTRICAL DYNAMO ARE ALL PUBLIC DOMAIN UNIVERSAL PATENTS AND ARE THEREFORE NO LUNGER OWNED BY ANYONE.

STATEMENT BY INVENTOR: THIS INVENTOR OBJECTS TO THE CONCEPT OF USING THE OPINION OF ANY MECHANIC TO DETERMINE THE "OBVIOUSNESS " of a mechanical concept. Inventor himself is a retired electromechanic from the US military. You give any good mechanic enough clues and he will say something is obvious. The True measure of OBVIOUSNESS should be AMPLE LITERATURE available at time of SEARCH showing the EXACT invention concept, describing the EXACT CONCEPT.

EXHIBIT 4-3

RESPONSE TO NOTICE TO FILE MISSING PARTS TO NON-PROVISIONAL APPLICATION

PEDRO N. IBANEZ, INVENTOR

APPLICATION NO. 16/910,001 Original Filing Date: October 10, 2019

THIS SUBSTITUTE SPECIFICATION CONTAINS NO NEW MATTER

ALL SIZES DEPENDENT ON SIZE OF EQUIPMENT

DESCRIPTIONS TO FIGURE ONE

1. Electrolysis Device, or HHO (Hydrogen Oxygen Generator) – converts water to hydrogen and oxygen gases
   1A Water – part of 1
   1B Copper terminal- part of 1 , produces hydrogen gas
   1C Zinc terminal- part of 1, produces oxygen gas
   1D Hydrogen tank, stores hydrogen gas
   1E Oxygen tank, stores oxygen gas
   1F Tubes , directs gas to tank
   1G Power Plug, provides electrical input to Electrolysis Device

2. Hydrogen tank, second – stores hydrogen gas

2A. Oxygen tank Second, stores oxygen gas

3. Tubes to Steam Engine burners – directs hydrogen gas to burners to Boil Water
4. Steam engine tank, holds high pressure steam

4A. Gears to Turbine Blades- rotate turbine blades

5. Turbine blades- rotate Dynamo
6. Dynamo- produces Electricity

6A. INPUT to HHO generator from Dynamo , provides power to HHO generator

7. VOLTAGE OUTPUT- dependent on size and speed of Dynamo

EXHIBIT 4-4



FIG 1 SALTWATER H2O RESIDENTIAL COMMERCIAL HYDROGEN OXYGEN ELECTRIC GENERATOR

USPTO # 16/910,001
PEDRO N. IDANEZ

EXHIBIT 4-5

EXHIBIT 5
IBANEZ V. MITSUBISHI POWER AMERICAS INC
                MR. PAUL BROWNING, CEO


REQUEST FOR JURY TRIAL

With utmost humility and respect Plaintiff comes to this court asking for Injunction Relief.

Based on 35 USC 261, Plaintiff has a right to protect his rights of Assignment to his US Patent #16/910,001 date filed October 10, 2019, Certified copies of which are enclosed.

Although Plaintiff's rights are limited to Assignment of Patent Application, there is a rare but legally plausible situation in which Plaintiff may be Harmed:

US Patent Applicant Mr. A ignores the actions of Corporation B utilizing and commercializing all or part of Mr. A's Patent Application Claims in a span of one year before Mr. A finally receives his US Patent on said Claims. In this span of one year Corporation B makes a net profit of Ten million dollars while utilizing Mr. A's Patent Claims. Weeks before Mr. A received his final US Patent, Corporation B files for federal Bankruptcy Protection. Therefore  Mr. A LOSSES ALL POTENTIAL GAINS FROM HIS US PATENT.  In 2020 alone, —— 17 large corporations with assets of more that 500 million dollars filed for Bankruptcy Protection.

EXHIBIT 5



UNITED STATES POSTAL SERVICE®

9510 8100 0526 1011 6619 55

PRIORITY MAIL®

Expected delivery date specified for domestic use.
Most domestic shipments include up to $50 of insurance (restrictions apply).*
USPS Tracking® included for domestic and many international destinations.
Limited international insurance.**
When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM: P. IBANEZ
24615 MIRA LOMA DR
#24
TEMECULA, CA 92592

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 13 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

TO: CLERK OF COURT
RM. 134
US FED 9TH CIRCUIT COURT
3740 TWELFTH ST.
RIVERSIDE, CA 92501