**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO N. IBANEZ

PLAINTIFF(S)

v.

MITSUBHISHI POWER AMERICAS, INC., et al

DEFENDANT(S)

| CASE NUMBER |
| --- |
| 5:21-cv-00067-JGB(SHKx) |

**ORDER  RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by    Pedro N. Ibanez

_____ is hereby:

[✓]   GRANTED

　　Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:　　　03/01/2021　　　

United States District/Magistrate Judge

[ ]   DENIED

_Comments:_

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)　　　　**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING**