Callie A. Bjurstrom (SBN 137816)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995
callie.bjurstrom@pillsburylaw.com

Evan Finkel (SBN 100673)
Jeffrey D. Wexler (SBN 132256)
Michael R. Kreiner (SBN 316625)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033
evan.finkel@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com
michael.kreiner@pillsburylaw.com

Attorneys for Defendants Mitsubishi Power Americas, Inc. and Paul Browning

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| PEDRO N. IBANEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MITSUBISHI POWER AMERICAS, INC.; MR. PAUL BROWNING, CEO,<br><br>　　　　Defendants. | Case No. 5:21-cv-00067-JGB (SHKx)<br><br>**DEFENDANTS' PROOF OF SERVICE RE NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

<u>PROOF OF SERVICE</u>

I am employed in the City of San Diego, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman LLP, 501 W. Broadway, Suite 1100, San Diego, CA  90017-5406.  On March 15, 2021, I served the documents titled:

**1.  NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

on the parties in this action as follows:

Pedro N. Ibanez (In Pro Per)
29915 Mira Loma DR, #29
Temecula, CA  92592

The following are those who are currently on the list to receive e-mail notices for this case.

- **Evan Finkel**
  evan.finkel@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com, inga.delarosa@pillsburylaw.com
- **Pedro N Ibanez**
  admrpeter@yahoo.com
- **Michael Richard Kreiner**
  michael.kreiner@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com, inga.delarosa@pillsburylaw.com
- **Jeffrey D. Wexler**
  jeffrey.wexler@pillsburylaw.com, docket@pillsburylaw.com, irma.magana@pillsburylaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of March, 2021, at San Diego, California.

_____
Renee M. Evans